**CRIMINAL COMPLAINT**
**(Submitted electronically)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> **v.** <br> **Valeria De La Huerta-Veloz**; DOB: 1973; Mexican Citizen <br> **Sylvia Carrillo-Flores**; DOB: 1973; Mexican Citizen | **DOCKET NO.** <br><br> **MAGISTRATE'S CASE NO.** <br> 24-09003MJ |

Complaint for violation of Title 31, United States Code §§ 5316 and 5332

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 22, 2024, at or near Nogales, in the District of Arizona, **Valeria De La Huerta-Veloz** and **Sylvia Carrillo-Flores** did knowingly conceal more than ten thousand dollars ($10,000) in currency or other monetary instruments, that is approximately $21,962 in United States currency, on the person of such individuals or in any conveyance, article of luggage, merchandise, or other container, and did knowingly attempt to transport and transfer such currency or monetary instruments from the United States, that is, Nogales, Arizona, to a place outside of the United States, that is, Nogales, Sonora, in the Republic of Mexico, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332 and Title 31 of the Code of Federal Regulations, Section 1010.340(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On May 22, 2024, at approximately 2:20 a.m., Valeria DE LA HUERTA-VELOZ and Sylvia CARRILLO-FLORES attempted to exit the United States and enter the Republic of Mexico via the outbound vehicle lanes at the DeConcini Port of Entry in Nogales, Arizona. DE LA HUERTA-VELOZ was driving a white Nissan Frontier bearing a Mexican license plate. CARRILLO-FLORES was a passenger in the vehicle. Customs and Border Protection officers encountered DE LA HUERTA-VELOZ and CARRILLO-FLORES in the outbound lanes and obtained negative declarations from each regarding the transportation of weapons, ammunition, or currency in excess of $10,000. DE LA HUERTA-VELOZ told officers that she and CARRILLO-FLORES were traveling from Walmart in Nogales, Arizona, and were returning home to Nogales, Sonora, Mexico. Officers were aware that Walmart was closed at that time, and they did not see any Walmart shopping bags in the vehicle. Officers noticed DE LA HUERTA-VELOZ's hands trembling as she provided her identification, and she hesitated when answering questions. DE LA HUERTA-VELOZ and CARRILLO-FLORES were referred for secondary inspection.

During a secondary inspection, officers obtained secondary declarations regarding the transportation of weapons, ammunition, or currency in excess of $10,000. DE LA HUERTA-VELOZ said she was in possession of a few hundred dollars, and CARRILLO-FLORES said she was in possession of $100. Officers observed numerous bundles of currency held together with rubber bands in both DE LA HUERTA-VELOZ's and CARRILLO-FLORES's purses. Officers also noticed that the purses were located in close proximity to their respective owners. Officers found a McDonald's bag containing currency bundles in the front passenger side of the vehicle where CARRILLO-FLORES was seated.

CONTINUED ON NEXT PAGE

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br> JOSHUA R FURMAGE *Digitally signed by JOSHUA R FURMAGE Date: 2024.05.23 09:06:37 -07'00'* |
|---|---|
| | OFFICIAL TITLE & NAME: <br> Special Agent Joshua Furmage <br> Homeland Security Investigations |
| **Sworn to telephonically.** <br><br> SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> May 23, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 5
Reviewed by AUSA: F. Kreamer Hope

24-09003MJ

BASIS OF COMPLAINANT''S CHARGE CONTINUED:

Officers conducted a preliminary currency count and determined that approximately $5,000 USD was concealed in each purse and approximately $10,000 USD was concealed in the McDonald's bag.  Officers seized a total of $21,962 USD that was concealed in the purses and the McDonald's bag.

After waiving her *Miranda* rights, DE LA HUERTA-VELOZ admitted to knowingly and voluntarily attempting to transport currency into Mexico in exchange for payment.  DE LA HUERTA-VELOZ stated that she did not declare the currency because she was nervous that it was illegal.  DE LA HUERTA-VELOZ explained that she and CARRILLO-FLORES split the currency and placed approximately $5,000 in each of their purses and approximately $10,000 in a McDonalds bag to conceal it.

After waiving her *Miranda* rights, CARRILLO-FLORES admitted to assisting DE LA HUERTA-VELOZ conceal the currency by placing currency bundles in CARRILLO-FLORES's purse.  CARRILLO-FLORES stated that she thought it was an unusual amount of currency and was concerned with how she and DE LA HUERTA-VELOZ would explain the currency if questioned by law enforcement.